UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FRANCOIS ROSS,<br><br>          Plaintiff,<br><br>    v.<br><br>EXPRESS GLOBAL,<br><br>          Defendant. | Case No. 16-cv-06857-LB<br><br>**ORDER DISMISSING THE CASE WITHOUT PREJUDICE** |

Francois Ross filed an initial complaint for employment discrimination under Title VII of the Civil Rights Act of 1964.[1] The court granted Mr. Ross's *in forma pauperis* application and, under 28 U.S.C. § 1915, *sua sponte* dismissed the complaint for failure to state a claim and granted leave to amend by January 9, 2017.[2] The court warned Mr. Ross that if he did not amend his complaint, his case would be dismissed without prejudice for failure to prosecute.[3]

Mr. Ross then filed an amended complaint, consisting of two pages of handwritten allegations.[4] As before, the court reviewed Mr. Ross's amended complaint *sua sponte* under

---

[1] Compl. – ECF No. 1.
[2] Order – ECF No. 8.
[3] *Id.*
[4] Amended Compl. – ECF No. 9.

ORDER — No. 16-cv-06857-LB

1 § 1915 and dismissed it for failure to state a claim.[5] The court granted Mr. Ross leave to file a second amended complaint by January 30, 2017, and again warned him that his case would be dismissed without prejudice if he did not file a new complaint.[6] Mr. Ross has not filed a second amended complaint.

The court therefore dismisses without prejudice Mr. Ross's case for failure to prosecute. The court directs the Clerk of the Court to close the file.

**IT IS SO ORDERED.**

Dated: February 24, 2017

LAUREL BEELER
United States Magistrate Judge

---

[5] Order – ECF No. 10.

[6] *Id.*

ORDER — No. 16-cv-06857-LB            2